IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANTHONY GLASS**  **PLAINTIFF**
*ADC* **#116952**

**v.**         **CASE NO. 2:22-CV-00091-BSM**

**NEIL BYRD**  **DEFENDANT**

# ORDER

Having carefully reviewed the record, Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 17] is adopted. Defendants' motion for summary judgment [Doc. No. 9 ] is granted, and this case is dismissed without prejudice for failure to exhaust administrative remedies. 42 U.S.C. § 1997e(a).

IT IS SO ORDERED this 19th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE