IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANTHONY GLASS**                                                                                       **PLAINTIFF**
*ADC* # **116952**

**v.**                              **CASE NO. 2:22-CV-00091-BSM**

**NEIL BYRD**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE